

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF: | § | No. 08-20-00156-CV |
| | § | Appeal from the |
| ROBERT SCOTT MASTERS, | § | County Court at Law No. 2 |
| Deceased. | § | of Tom Green County, Texas |
| | § | (TC# 19P151-L2) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   We further order that Appellees recover from Appellant all costs in this Court.   *See* TEX.R.APP.P. 43.5.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF JULY, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.